

# WILLIAM G. SCHWAB & ASSOCIATES
Attorneys at Law

811 Blakeslee Blvd Drive East
P.O. Box 56
Lehighton, PA 18235
(610) 377-5200
(570) 704-5330
Fax (610) 377-5209

William G. Schwab*

Adam R. Weaver
Scot M. Wisler

Gettysburg House
88 North Franklin Street
Wilkes-Barre, PA 18701

REPLY TO LEHIGHTON

Writer's Direct Email:
schwab@uslawcenter.com

*Board Certified-Business Bankruptcy
American Board of Certification
Named a Pennsylvania Super Lawyer
2007 2009 2010

July 20, 2010

Clerk's Office
United States Bankruptcy Court
Middle District of Pennsylvania
197 South Main Street
Wilkes-Barre, PA 18701

RE: **TSM Fire Protection, Inc.**
Chapter 7 Bankruptcy, Case No. 5-08-52289
Our File No. 8970-1

Dear Sir/Madam:

I am writing to advise you that I made final distribution in the above case and have the following funds remaining on account with Bank of America:

| Name | Claim No. | Amount |
|---|---|---|
| Supply Network, Inc. dba, Viking Supply Net 295 Fairfield Avenue Fairfield, NJ 07004 | 4 | $725.80 |

Accordingly, enclosed please find Check No. 124 in the amount of $725.80, representing the unclaimed funds in this case that I wish to turnover to the Bankruptcy Court.

Thank you for your consideration of this matter.

Very sincerely yours,

WILLIAM G. SCHWAB & ASSOCIATES:

William G. Schwab

WGS/era
Enclosure
7-20-10 era.TSM-8970-1.31